## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **JESSICA GALLANT,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| **v.** | ) | **Civil No.  09-357-P-S** |
| | ) | |
| **MICHAEL J. ASTRUE, Commissioner** | ) | |
| **Of Social Security,** | ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER AFFIRMING THE
## <u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 17) filed July 20, 2010, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Decision of the Commissioner is hereby **AFFIRMED**.

  _/s/ George Z. Singal_____
  United States District Judge

Dated this 10th day of August, 2010.